UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Kevin and Carol Smith

Debtor(s)

Chapter 13
Case No. 14-14070

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE

In support of the Motion for Entry of Discharge, I, Kevin Smith, certify as follows:

1. I have paid all domestic support obligations payable under any judicial or administrative order, or required by statutes including:
   a. child support and spousal maintenance and alimony, that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and
   b. any domestic support obligations that arose after the filing of the petition.
2. I have completed a financial management course pursuant to 11 U.S.C. §1328(g)(1) and filed certification of completion with the Court.
3. I have
   a. not claimed a homestead exemption in excess of the cap described in §522(q)(1), or
   b. claimed a homestead exemption in excess of such cap but there is no proceeding in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B).
4. I hereby declare under the penalty of perjury that the foregoing is true and correct.

_[signature]_  Dated: 1-7-20

Kevin Smith

Address: 66 WINNIFRED RD BROCKTON MA 02301

Telephone Number: 508-404-9997